FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 1 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SALINAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.M. HARRISON, et al.,<br><br>　　　　　Defendants. | Case No. CV 07-4042-GAF (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the report and recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: 4/14/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE