JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SALINAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C.M. HARRISON, et al,<br><br>　　　　Defendants. | Case No. CV 07-4042-GAF (RNB)<br><br>**J U D G M E N T** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  4/11/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE